UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DORNELLA CONNER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause No. 4:15-cv-01703 |
| | ) |
| JOHN DOE I, ST. LOUIS COUNTY | ) |
| POLICE OFFICER, et al. | ) |
| | ) |
| Defendants. | ) |

**JOINT MOTION FOR DISMISSAL**

COMES NOW parties and ask the Court to dismiss all claims against all parties with prejudice. All parties to bear their own costs and attorneys' fees.

JOHNSON GRAY, LLC

/s/ Anthony D. Gray
Anthony D. Gray #51534MO
319 N. Fourth Street
Suite 212
St. Louis, Missouri 63102
314-385-9500
314-594-2052 (fax)
agray@johnsongraylaw.com

PETER J. KRANE<br>
COUNTY COUNSELOR<br>
<br>
/s/ Priscilla F. Gunn<br>
Priscilla F. Gunn #29729MO<br>
Assistant County Counselor<br>
41 S. Central, Ninth Floor<br>
Clayton, MO  63105<br>
Pgunn@stlouisco.com<br>
(314) 615-7042<br>
(314) 615-3732 (fax)

## CERTIFICATE OF SERVICE

A copy of this pleading was served on all counsel of record through the Court's electronic filing system this 21st day of October, 2016.