UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DORNELLA CONNER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause No. 4:15-cv-01703 |
| | ) |
| JOHN DOE I, ST. LOUIS COUNTY | ) |
| POLICE OFFICER, et al. | ) |
| | ) |
| Defendants. | ) |

## JOINT MOTION FOR DISMISSAL

COMES NOW parties and ask the Court to dismiss all claims against all parties with prejudice. All parties to bear their own costs and attorneys' fees.

JOHNSON GRAY, LLC

_/s/ Anthony D. Gray_
Anthony D. Gray #51534MO
319 N. Fourth Street
Suite 212
St. Louis, Missouri 63102
314-385-9500
314-594-2052 (fax)
agray@johnsongraylaw.com

So Ordered
John A. Ross
10/24/2016

PETER J. KRANE
COUNTY COUNSELOR

*/s/ Priscilla F. Gunn*

Priscilla F. Gunn #29729MO
Assistant County Counselor
41 S. Central, Ninth Floor
Clayton, MO  63105
Pgunn@stlouisco.com
(314) 615-7042
(314) 615-3732 (fax)

CERTIFICATE OF SERVICE

A copy of this pleading was served on all counsel of record through the Court's electronic filing system this 21st day of October, 2016.